10 STIVASON v. SERENE & SERENE, Appel (No. 2).

Statement of Facts—Opinion of the Court. [80 Pa. Superior Ct.


## Stivason v. Serene and Serene, Appellants (No. 2).

Argued April 17, 1922. Appeal, No. 19, April T., 1922, By J. C. Serene, from decree of C. P. Westmoreland County, in equity, No. 1031, dismissing exceptions to decree nisi and confirming absolutely the decree granting relief prayed, in the case of W. B. Stivason v. J. C. Serene and J. W. Serene. Before ORLADY, P. J., PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Affirmed.


OPINION BY GAWTHROP, J., July 13, 1922:

The appellant here was one of the appellants in No. 18, April Term, 1922, in which an opinion has been filed this day.

For the reasons stated in that opinion, the assignments of error filed in this case are overruled, the decree is affirmed, and the appeal dismissed at the cost of appellant.


## Borough of Warren, Appellant, v. The Public Service Commission.

*Public Service Commission — Water companies — Service — Quality of water—Complaints.*

The Public Service Commission is not empowered to require the performance of a private contract made between a water company and a municipality for the supply of a particular quality and quantity of water. It has, however, authority to require a water company to furnish an adequate supply of reasonably pure water as long as it exercises its charter powers.

Where on a complaint to the Public Service Commission against the quality of water furnished by a water company, the uncontradicted evidence is that the water had a bad taste, gave off an offensive odor, frequently carried a sediment, and was unsatisfactory for bathing purposes, it was error for the Public Service